469 A.2d 314

Mann v. Lee Tire & Rubber Co., Appellant.

 Argued

September 6, 1983. Jay Lambert, for appellant; Richard A. Stanko, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

The appeal at No. 2589 Philadelphia, 1981 is quashed. In the appeal at No. 269 Philadelphia, 1982, the order of the trial court is affirmed.